UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VANESSA NANCE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) CAUSE NO: 1:23-CV-00291 |
| | ) |
| ADT LLC, | ) |
| | ) |
|     Defendant. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Vanessa Nance ("Nance"), brings claims against Defendant, ADT, LLC, ("Defendant"), and states as follows:

## OVERVIEW

1. This is an employment discrimination action (disability) brought by Nance against Defendant alleging that she was discriminated against in violation of the Americans with Disabilities Act of 1990, as amended ("ADA"), 42 U.S.C. §12101 et. seq.

## PARTIES

2. Nance is an individual who, at all relevant times, worked in Indianapolis, Indiana.

3. Defendant operates a home and commercial security service business in Indianapolis, Indiana.

4. Nance, at all relevant times, was an 'employee' as defined by 42 U.S.C. §12111(4). Moreover, Nance is disabled as that term is defined by the ADA.

5. Defendant is an 'employer' as that term is defined by 42 U.S.C. §12111(5)(A).

\

## JURISDICTION

6. This Court has jurisdiction over Defendant pursuant to U.S.C. 28 U.S.C. §1331 and 42: U.S.C. §12117(a).

7. Nance properly exhausted her administrative remedies by timely filing a charge of discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") alleging discrimination based on disability. A dismissal and notice of suit rights was issued, and Nance bring this complaint within 90 days of receipt thereof.

## VENUE

8. Venue is appropriate in the Southern District of Indiana pursuant to 28 U.S.C. § 1391 as all the events arose in the Southern District of Indiana.

## FACTS

9. Nance was hired by Defendant on or about November 11, 2019.

10. At all times Nance met or exceeded expectations of performance.

11. Because of the COVID-19 pandemic, Defendant initiated a program to let Nance – and others – work from home. Nance attended the required preliminary meeting on or about March 20, 2020, and agreed to participate in Defendant's program.

12. Defendant's program was a success, and employees were able to effectively and efficiently work from home, including Nance.

13. Nevertheless, Defendant began recalling employees to work in the office. Nance was told she needed to return, too.

14. Nance produced a note to human resources from her doctor indicating she required the ability to continue to work from home as an accommodation.

15. Defendant fired Nance almost immediately thereafter and without engaging in the interactive process required by the ADA.

16. Nance has suffered financial harm as a result of Defendant's conduct.

## LEGAL COUNT

## COUNT 1: DISABILITY DISCRIMINATION

17. Nance incorporates paragraphs 1 – 16 herein.

18. Nance was a qualified individual with a disability.

19. Defendant did not know of her disability at the time she was hired.

20. Defendant failed to engage in the interactive process or provide Nance a reasonable accommodation, the direct result of which was her termination.

21. Nance was harmed by Defendant's unlawful willful and/or reckless conduct. Defendant violated the ADA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court to find in her favor and award her the following relief:

a. An Order awarding Plaintiff lost income and other damages, including compensatory damages, as provided for by federal law;

b. An Order awarding Plaintiff punitive damages as provided for by federal law;

c. An Order awarding Plaintiff the costs of this action;

d. An Order awarding Plaintiff her attorney's fees;

e. An Order granting such other and further relief as may be necessary and appropriate.

Respectfully submitted,

s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
The Wolcott Law Firm LLC
450 East 96th Street, Ste 500
Indianapolis, IN  46240
Tel: (317) 500-0700
Fax: (317) 732-1196
E-Mail:  indy2buck@hotmail.com

Attorney for Plaintiff

## **DEMAND FOR JURY TRIAL**

Plaintiff, by counsel, demands a trial by jury on all issues deemed so triable.

Respectfully submitted,

/s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
The Wolcott Law Firm LLC
450 East 96th Street, Ste 500
Indianapolis, IN  46240
Tel: (317) 500-0700
Fax: (317) 732-1196
E-Mail:  indy2buck@hotmail.com

Attorney for Plaintiff