UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VANESSA NANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:23-CV-00291-TWP-MG |
| | ) |
| ADT LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S NOTICE OF INITIAL EXTENSION OF TIME**

Defendant, ADT LLC, by counsel, hereby tenders notice that the time to respond to Plaintiff's Complaint, currently due on April 7, 2023, is enlarged for twenty-eight (28) days, up to and including **May 5, 2023**, in accordance with Fed. R. Civ. P. 6(b)(1) and Local Rule 6-1(a). Defendant has contacted Plaintiff's counsel, who has no objection to this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *s/ Theresa R. Parish*
Theresa R. Parish, IN Bar No. 27966-49
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204
Telephone: 317.916.1300
Facsimile: 317.916.9076
*theresa.parish@ogletree.com*

Attorneys for Defendant ADT LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

>Christopher S. Wolcott
>The Wolcott Law Firm LLC
>450 East 96th Street
>Suite 500
>Indianapolis, IN  46240
>*indy2buck@hotmail.com*

      *s/ Theresa R. Parish*

Theresa R. Parish, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle
Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
*theresa.parish@ogletree.com*