**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

**Acknowledged**
TWP
May 3, 2023

| | |
|---|---|
| **VANESSA NANCE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )   **CAUSE NO: 1:23-CV-00291 TWP-MG** |
| | ) |
| **ADT LLC,** | ) |
| | ) |
|     **Defendant.** | ) |

**STIPULATION OF DISMISSAL**

Comes now, Plaintiff, Vanessa Nance, by her counsel, and files this stipulation of dismissal pursuant to FRCP 41(a)(1)(A)(1), without prejudice.  Defendant has not yet filed a responsive pleading in this matter.

    Respectfully submitted,

    s/ Christopher S. Wolcott
    Christopher S. Wolcott (#23259-32)
    The Wolcott Law Firm LLC
    450 East 96th Street, Suite 500
    Indianapolis, Indiana 46240
    Telephone:    (317) 500-0700
    Facsimile:    (317) 732-1196
    E-Mail:    indy2buck@hotmail.com

    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served this 2nd day of May, 2023, by operation of the Court's Electronic Filing System, and properly addressed to the following counsel of record for Defendant:

Theresa Renee Parish
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
Theresa.parish@ogletree.com

/s/  Christopher S. Wolcott